IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Blumenberg, Karla N | Case Number: 08 B 16224 |
|---|---|---|
| | | Judge: Wedoff, Eugene R |
| | Printed: 11/18/08 | Filed: 6/24/08 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:  Dismissed: October 2, 2008
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---:|---:|
| | 0.00 | |
| Secured: | | 0.00 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 0.00 |
| Trustee Fee: | | 0.00 |
| Other Funds: | | 0.00 |
| Totals: | 0.00 | 0.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Robert J Semrad & Associates | Administrative | 3,824.00 | 0.00 |
| 2. | Ocwen Loan Servicing LLC | Secured | 0.00 | 0.00 |
| 3. | Cook County Treasurer | Secured | 0.00 | 0.00 |
| 4. | Ocwen Federal Bank FSB | Secured | 0.00 | 0.00 |
| 5. | Wachovia Bank | Secured | 9,000.00 | 0.00 |
| 6. | Educational Credit Management Corp | Unsecured | 0.00 | 0.00 |
| 7. | Asset Acceptance | Unsecured | 294.50 | 0.00 |
| 8. | Resurgent Capital Services | Unsecured | 385.22 | 0.00 |
| 9. | Resurgent Capital Services | Unsecured | 807.83 | 0.00 |
| 10. | S & S Lending | Unsecured | 258.82 | 0.00 |
| 11. | Bureau Of Collection Recovery | Unsecured | | No Claim Filed |
| 12. | Capital One | Unsecured | | No Claim Filed |
| 13. | ECast Settlement Corp | Unsecured | | No Claim Filed |
| 14. | HSBC Bank USA | Unsecured | | No Claim Filed |
| 15. | Sam Club | Unsecured | | No Claim Filed |
| | | | $ 14,570.37 | $ 0.00 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---:|
| | $ 0.00 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Blumenberg, Karla N

Printed: 11/18/08

Case Number:  08 B 16224
Judge:  Wedoff, Eugene R
Filed:  6/24/08

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

